UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACEY WILLIAMS and SKYLA HEARN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) Case No. 20-cv-4554 |
| v. | ) |
| | ) Honorable Judge Manish Shah |
| DUSABLE MUSEUM OF AFRICAN AMERICAN HISTORY, INC. | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The sole remaining Plaintiff in this matter, Skyla Hearn, through her undersigned attorneys, hereby dismisses with prejudice the above-captioned action against the DuSable Museum of African American History, Inc., all matters having been resolved between the parties. Except as otherwise agreed to, the parties will bear their own costs and attorneys' fees.

Dated: June 4, 2021   Respectfully submitted,

By: /s/***Jemelle D. Cunningham***

One of Plaintiffs' Attorneys
Jemelle D. Cunningham
Lad Law Group, P.C.
161 N. Clark Street
Suite 1600
Chicago, Illinois 60601